IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RUDOLPH WALKER					PLAINTIFF

VS.						CAUSE NO: 5:07-cv-00088-DCB-JMR

SAFECO INSURANCE
COMPANY OF ILLINOIS AND
UNKNOWN INSURANCE COMPANY
OF THE CITY OF VICKSBURG				DEFENDANTS

## AGREED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the joint *ore tenus* motion of Plaintiff and Defendant to dismiss Plaintiff's Complaint and all claims therein in the above styled and numbered cause, and the Court having been fully advised of the premises therefore and of the fact that the parties have reached an agreed and amicable resolution of their differences, it is of the opinion that said motion should be granted. It is therefore,

ORDERED AND ADJUDGED that Plaintiff's Complaint and all claims therein shall be and are hereby dismissed with prejudice against the Plaintiff and with each party to bear their own respective costs.

SO ORDERED AND ADJUDGED on this the   7th   day of April, 2008.

			s/ David Bramlette
			DISTRICT COURT JUDGE

AGREED UPON:

s/Gregory John Faries
GREGORY JOHN FARIES
Attorney for Plaintiff

s/W. Wright Hill, Jr.
W. WRIGHT HILL, JR.

Attorney for Defendant